UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LEVI LEHV, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:10CV02290 AGF |
| ) | |
| SPECTRUM HEALTHCARE RESOURCES ) | |
| INC., and HEALTHCARE RESOURCES ) | |
| MEDICAL ASSOCIATES, INC., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the unopposed motion to dismiss filed by Defendant Spectrum Healthcare Resources, Inc. ("SHR"). The motion was filed along with Defendants' notice of removal based upon diversity jurisdiction. Defendants have presented evidence that SHR, a non-diverse Defendant, was fraudulently joined in that there is no basis in law or fact supporting a claim against this entity. Plaintiff has not responded to challenge this evidence.

Accordingly,

**IT IS HEREBY ORDERED** that the unopposed motion to dismiss filed by Defendant Spectrum Healthcare Resources, Inc., is **GRANTED**. [Doc. #8]

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 9th day of March, 2011.